# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

156623

GORDIE RUSS,
      Plaintiff-Appellant,

v

MICHIGAN ASSIGNED CLAIMS FACILITY,
      Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156623
COA: 334565
Wayne CC: 15-012729-NF

On order of the Court, the application for leave to appeal the October 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

a0927